UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERICA DUBOIS and WARREN STEWARD, as Guardian, Parent and Next Friend of JORDAN R. STEWARD, a disabled person<br><br>Plaintiff<br>v.<br><br>CITY OF BANGOR, MAINE, et al,<br><br>Defendants | Case No. 1:16-CV-00267-DBH |

## STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their attorneys, and stipulate to the dismissal of the above-captioned action, including any Third-Party Complaints, with prejudice and without costs to either party, so that no further action or other action may be brought by any party against the other on the same claims for relief.

Dated: April 28, 2017

_____
David Van Dyke, Esq.
Attorney for Plaintiffs

Dated: April 17, 2017

_____
Frederick F. Costlow, Esq.
Attorney for Defendants