UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| WARREN STEWARD, as Guardian Parent and Next Friend of JORDAN R. STEWARD, a disabled person | ) ) ) | Case No. 1:16-CV-00267-DBH |
| Plaintiff | ) ) | |
| v. | ) ) | |
| CITY OF BANGOR, MAINE, et al, | ) ) ) | |
| Defendants and Third-Party Plaintiffs | ) ) ) | |
| v. | ) ) | |
| JAMES COOK | ) ) | |
| Third-Party Defendant | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

    NOW COME Third-Party Plaintiffs City of Bangor, Maine; Bangor Maine Police Department; and Officer Keith Larby (hereinafter collectively referred to as the "Bangor Defendants/Third-Party Plaintiffs ) and pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that the above-captioned against is voluntarily dismissed, without prejudice, against Third-Party Defendant James Cook. This Notice of Dismissal is being filed with the Court before service by Third-Party Defendant James Cook of an Answer.

    DATED at Bangor, Maine this 24th day of May, 2017.

                                                           /s/ Frederick F. Costlow

                                                           Frederick F. Costlow, Esq.
                                                           Attorney for CITY OF BANGOR, MAINE, BANGOR, MAINE POLICE DEPARTMENT and OFFICER KEITH LARBY

RICHARDSON, WHITMAN, LARGE & BADGER
P.O. Box 2429
Bangor, Maine  04402-2429
(207) 945-5900
Page **1** of **2**

## CERTIFICATE OF SERVICE

    I, Frederick F. Costlow, Esq., of Richardson, Whitman, Large & Badger, attorney for the Bangor Defendants/Third-Party Plaintiffs, hereby certify that on May 24, 2017, I electronically filed the foregoing *Notice of Voluntary Dismissal* with the Court via the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record in the above-captioned matter, and sent by U.S. Mail to Third-Party Defendant James Cook, 181 Poors Mill Road, Belfast, Maine 04915.

                                                /s/ Frederick F. Costlow
                                                Frederick F. Costlow, Esq.
                                                Richardson, Whitman, Large & Badger